Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−17461−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joanna L Garrison
   13 Santa Clara Trail
   Browns Mills, NJ 08015

Social Security No.:
   xxx−xx−3650

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:         11/22/22
Time:        10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 12, 2022
JAN: mjb

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Joanna L Garrison  
    Debtor

Case No. 22-17461-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Oct 12, 2022      Form ID: 132      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joanna L Garrison, 13 Santa Clara Trail, Browns Mills, NJ 08015-6621 |
| 519710026 | | JCP&L, 880 Pinewald Keswick Rd, Manchester Township, NJ 08759 |
| 519710027 | + | Pemberton Township Municipal Utility Aut, 500 Pemberton-Browns Mills Road, Pemberton, NJ 08068-1545 |
| 519710030 | | Statebridge, PO Box 173313, Denver, CO 80217-3313 |
| 519710013 | | Warren S. Jones, Jr., Esquire, 1 Trinity Lane, Mount Holly, NJ 08060-1747 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 12 2022 21:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 12 2022 21:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519710014 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 12 2022 21:21:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519710015 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 12 2022 21:21:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519710016 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 12 2022 21:28:24 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519710017 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 12 2022 21:28:08 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519710018 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 12 2022 21:22:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519710019 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 12 2022 21:22:00 | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 519710020 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 12 2022 21:22:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519710021 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 12 2022 21:22:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 519710023 | + | Email/Text: bankruptcy@credencerm.com | Oct 12 2022 21:23:00 | Credence Resource Management, LLC, 4222 Trinity Mills Suite 260, Dallas, TX 75287-7666 |
| 519710022 | + | Email/Text: bankruptcy@credencerm.com | Oct 12 2022 21:23:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 519710024 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 12 2022 21:22:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519710025 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 12 2022 21:22:00 | Fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 519732859 | | Email/Text: bnc-quantum@quantum3group.com | | |

| | | | |
|---|---|---|---|
| | | Oct 12 2022 21:22:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519710029 | + Email/Text: mtgbk@shellpointmtg.com | Oct 12 2022 21:22:00 | Shellpoint Mortgage Servicing, 55 Beattie Place, Greenville, SC 29601-2165 |
| 519710028 | + Email/Text: mtgbk@shellpointmtg.com | Oct 12 2022 21:22:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 519710031 | + Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 21:28:08 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519710032 | + Email/PDF: gecsedi@recoverycorp.com | Oct 12 2022 21:28:24 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Jones, Jr. | on behalf of Debtor Joanna L Garrison email@warrensjones.com r46134@notify.bestcase.com;robert@warrensjones.com |

TOTAL: 3