| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>WARREN S. JONES, JR., ESQUIRE<br>Bar #003781980<br>Law Offices of Warren S. Jones, Jr., LLC<br>1 Trinity Lane<br>Mount Holly, NJ 08060<br>(609) 261-8400<br>(609) 261-5252 fax<br>email@warrensjones.com<br>In re:<br>     **Joanna L. Garrison** | Case No.:  **22-17461**<br><br>Chapter:  **13**<br><br>Adv. No.:<br><br>Hearing Date:  **12/14/2022**<br><br>Judge:  **Michael B. Kaplan** |

# CERTIFICATION IN SUPPORT OF MOTION

# FOR DAMAGES FOR VIOLATIONS OF THE AUTOMATIC STAY

1. Debtor(s), **Joanna L. Garrison**, commenced this case on **September 21, 2022** by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. At or about 5:00 p.m. on November 2, 2022, Creditor's agent or employee attempted to terminate my electricity service at my home.

3. On November 3, 2022, I called my attorney's office who conferenced me in to a customer service representative at JCP&L.

4. The JCP&L representative accurately provided the case number but indicated the case "could not be verified."

5. The JCP&L representative indicated that the shut-off could not be stopped.

6. The aforesaid phone call was so long my lunch break was about to end so I had to disconnect from the conference call while I believe it continued without me.

7. This has caused me great stress and anxiety.

      I certify that the foregoing statements by me are true.  I understand that if any statement is willfully false, I am subject to punishment.

      WHEREFORE, debtor(s) pray for an order against **JCP&L** and requiring said creditor to pay legal fees in the amount of $900 for the costs of the time of the said phone call, drafting this motion, and appearance, if necessary, along with punitive damages, and for such additional or alternative relief as may be just and proper.

Dated: November 3, 2022        Signature:     **/s/ Joanna L. Garrison**
                                                                                          **Joanna L. Garrison**