UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WARREN S. JONES, JR., ESQ.  # 003781980
Law Offices of Warren S. Jones, Jr., LLC
1 Trinity Lane
Mt. Holly New Jersey 08060
(609) 261-8400
email@warrensjones.com
Attorneys for Debtor

In Re:

Joanna L. Garrison

Debtor

Case No.:  22-17461

Chapter:  13

Hearing Date:  12/14/2022

Judge:  Michael B. Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled          ☒ Withdrawn

Matter: [17] - Motion For Sanctions for Violation of Automatic Stay. Sanctions Against JCP&L.  This motion is withdrawn WITH PREJUDICE.

Date: 12/12/2022

/s/ WARREN S. JONES, JR.
Signature

*rev.8/1/15*