UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

**Pincus Law Group, PLLC**
jbenjamin@pincuslaw.com
Jamar Benjamin, Esquire
425 RXR Plaza
Uniondale, NY 11556
(516) 699-8902
ATTORNEYS FOR NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P.

In Re:
Joanna L. Garrison
    DEBTOR

Case No.: 22-17461

Chapter 13

Hearing Date: 01/25/2022

Judge: MBK

## CERTIFICATE OF CONSENT REGARDING CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

  I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(a) The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(b) I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding.

(c) I will make the original consent order available for inspection upon request of the Court or any party in interest; and

(d) I acknowledge the signing of same for all purposes, including those under Fed.R.Bankr.P.9011

Dated: 01/09/2023

/s/Jamar Benjamin_____
Jamar Benjamin, Esquire
Pincus Law Group, PLLC
425 RXR Plaza
Uniondale, NY 11556
Tel: (516) 699-8902
Fax: (516) 279-6990
Email: jbenjamin@pincuslaw.com