| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>**Pincus Law Group, PLLC**<br>jbenjamin@pincuslaw.com<br>Jamar Benjamin, Esquire<br>425 RXR Plaza<br>Uniondale, NY 11556<br>(516) 699-8902<br>ATTORNEYS FOR NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P. | Order Filed on January 18, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Joanna L. Garrison<br>　　　　DEBTOR | Case No.: 22-17461<br><br>Chapter 13<br><br>Hearing Date: 01/25/2022<br><br>Judge: MBK |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

　　The relief set forth on the following pages, numbered two (2) through____, is hereby **ORDERED**.

**DATED: January 18, 2023**

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael B. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**Pincus Law Group, PLLC**
425 RXR Plaza
Uniondale, NY 11556
(516) 699-8902
<u>Attorneys for Secured Creditor:</u> NewRez LLC dba Shellpoint Mortgage Servicing
as servicer for MTGLQ Investors, L.P.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | CASE NO. 22-17461 |
| Joanna L. Garrison | CHAPTER 13 |
| Debtor | CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION |
| | HEARING DATE: 01/25/2022 |

    This Consent Order pertains to the property located at **13 Santa Clara Trail, Pemberton Township, NJ 08015**, mortgage account ending with "9508";

THIS MATTER having been brought before the Court by, Warren S. Jones, Jr., Esquire attorney for the Debtor, Joanna L. Garrison, upon the filing of a Chapter 13 Plan, and NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P. ("Secured Creditor") by and through its attorneys, Pincus Law Group, PLLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

IT IS on the _____ day of _____ , 2023, ORDERED as follows:

    1. NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P. has filed a valid, secured Proof of Claim, containing pre-petition mortgage arrears in the amount of $5,762.98, and a total secured claim of $128,232.34(claim no. 4).

    2. Debtor acknowledges that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

    3. Debtor agrees that the Creditor's Proof of Claim shall govern and that the Trustee may make the necessary disbursements to Creditor per the filed claim.

    4. This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form, content and entry of the within Order:

Pincus Law Group, PLLC
Attorneys for Secured Creditor: NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P.

Dated: 01/09/2023

/s/ Jamar Benjamin
Jamar Benjamin, Esquire
Pincus Law Group, PLLC
425 RXR Plaza
Uniondale, NY 11556
Tel: (516)699-8902
Fax: (516) 279-6990
Email: jbenjamin@pincuslaw.com

Dated: 1/9/2023

/s/
Warren S. Jones, Jr., Esquire
Attorney for Debtor
Law Office of Warren S Jones, Jr
1 Trinity Lane
The Red Barn
Mount Holly, NJ 08060