Order Filed on January 18, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>**Pincus Law Group, PLLC**<br>jbenjamin@pincuslaw.com<br>Jamar Benjamin, Esquire<br>425 RXR Plaza<br>Uniondale, NY 11556<br>(516) 699-8902<br>ATTORNEYS FOR NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P. | |
| In Re:<br>Joanna L. Garrison<br>　　　　　DEBTOR | Case No.: 22-17461<br><br>Chapter 13<br><br>Hearing Date: 01/25/2022<br><br>Judge: MBK |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION

　　　The relief set forth on the following pages, numbered two (2) through____, is hereby **ORDERED**.

**DATED: January 18, 2023**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Pincus Law Group, PLLC**
425 RXR Plaza
Uniondale, NY 11556
(516) 699-8902
<u>Attorneys for Secured Creditor:</u> NewRez LLC dba Shellpoint Mortgage Servicing
as servicer for MTGLQ Investors, L.P.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: | CASE NO. 22-17461 |
| Joanna L. Garrison | CHAPTER 13 |
| Debtor | CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION |
| | HEARING DATE: 01/25/2022 |

    This Consent Order pertains to the property located at **13 Santa Clara Trail, Pemberton Township, NJ 08015**, mortgage account ending with "9508";

THIS MATTER having been brought before the Court by, Warren S. Jones, Jr., Esquire attorney for the Debtor, Joanna L. Garrison, upon the filing of a Chapter 13 Plan, and NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P. ("Secured Creditor") by and through its attorneys, Pincus Law Group, PLLC, having filed an Objection to the Confirmation of said Chapter 13 Plan and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

IT IS on the _____day of_____ , 2023, ORDERED as follows:

1. NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P. has filed a valid, secured Proof of Claim, containing pre-petition mortgage arrears in the amount of $5,762.98, and a total secured claim of $128,232.34(claim no. 4).

2. Debtor acknowledges that the monthly post-petition mortgage payment amount is subject to change in accordance with the terms of the note and mortgage.

3. Debtor agrees that the Creditor's Proof of Claim shall govern and that the Trustee may make the necessary disbursements to Creditor per the filed claim.

4. This Consent Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form, content and entry of the within Order:

Pincus Law Group, PLLC
Attorneys for Secured Creditor: NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MTGLQ Investors, L.P.

Dated: 01/09/2023

/s/ Jamar Benjamin
Jamar Benjamin, Esquire
Pincus Law Group, PLLC
425 RXR Plaza
Uniondale, NY 11556
Tel: (516)699-8902
Fax: (516) 279-6990
Email: jbenjamin@pincuslaw.com

Dated: 1/9/2023

/s/
Warren S. Jones, Jr., Esquire
Attorney for Debtor
Law Office of Warren S Jones, Jr
1 Trinity Lane
The Red Barn
Mount Holly, NJ 08060

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-17461-MBK |
| Joanna L Garrison | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 18, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joanna L Garrison, 13 Santa Clara Trail, Browns Mills, NJ 08015-6621 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2023          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BCMB1 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jamar Benjamin | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MTGLQ Investors L.P. jbenjamin@pincuslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Jones, Jr. | on behalf of Debtor Joanna L Garrison email@warrensjones.com r46134@notify.bestcase.com;robert@warrensjones.com |

TOTAL: 5