| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-17461 / MBK**

Joanna L Garrison

Petition Filed Date: 09/21/2022
341 Hearing Date: 10/20/2022
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/17/2022 | $560.62 | 87733510 | 11/21/2022 | $560.62 | 88384630 | 12/19/2022 | $560.62 | 88905100 |
| 01/17/2023 | $560.62 | 89428630 | 02/16/2023 | $560.62 | 90023710 | | | |

**Total Receipts for the Period: $2,803.10    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,803.10**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Joanna L Garrison | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | WARREN S JONES, JR ESQ | Attorney Fees | $3,931.00 | $0.00 | $3,931.00 |
|   |   | No Disbursements: No Check |   |   |   |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  PEEBLES | Unsecured Creditors | $316.55 | $0.00 | $0.00 |
| 2 | JERSEY CENTRAL POWER & LIGHT<br>»»  FIRST ENERGY | Unsecured Creditors | $2,370.76 | $0.00 | $0.00 |
| 3 | BCMB1 TRUST<br>»»  P/13 SANTA CIARA TRAIL/2ND MTG | Mortgage Arrears | $20,836.98 | $0.00 | $0.00 |
| 4 | MTGLQ INVESTORS, LP<br>»»  P/13 SANTA CLARA TRAIL/1ST MTG/ORDER 1/18/23 | Mortgage Arrears | $5,762.98 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  POWER HOME REMODELING GROUP | Unsecured Creditors | $2,258.45 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-17461 / MBK**

| **SUMMARY** | | | |
|---|---|---|---|
| Summary of all receipts and disbursements from date filed through 3/13/2023: | | | |
| Total Receipts: | $2,803.10 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $560.62 |
| Paid to Trustee: | $201.80 | Arrearages: | $560.62 |
| Funds on Hand: | $2,601.30 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

