Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−17461−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joanna L Garrison
   13 Santa Clara Trail
   Browns Mills, NJ 08015

Social Security No.:
   xxx−xx−3650

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 24, 2023.

Dated: March 24, 2023
JAN: wiq

                                                                         Jeanne Naughton
                                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Joanna L Garrison  
    Debtor

Case No. 22-17461-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: Mar 24, 2023      Form ID: plncf13      Total Noticed: 28

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joanna L Garrison, 13 Santa Clara Trail, Browns Mills, NJ 08015-6621 |
| 519710023 | + | Credence Resource Management, LLC, 4222 Trinity Mills Suite 260, Dallas, TX 75287-7666 |
| 519710022 | + | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 519710026 | | JCP&L, 880 Pinewald Keswick Rd, Manchester Township, NJ 08759 |
| 519763800 | + | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 519710027 | + | Pemberton Township Municipal Utility Aut, 500 Pemberton-Browns Mills Road, Pemberton, NJ 08068-1545 |
| 519710030 | | Statebridge, PO Box 173313, Denver, CO 80217-3313 |
| 519770953 | + | Statebridge Company, LLC, 6061 S. Willow Dr. Suite 300, Greenwood Village, CO 80111-5151 |
| 519710013 | | Warren S. Jones, Jr., Esquire, 1 Trinity Lane, Mount Holly, NJ 08060-1747 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 24 2023 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 24 2023 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519710014 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 24 2023 20:49:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519710015 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 24 2023 20:49:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519710016 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 24 2023 21:00:09 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519710017 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 24 2023 20:59:41 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519710018 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 24 2023 20:51:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519710019 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 24 2023 20:51:00 | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 519710020 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 24 2023 20:51:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519710021 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 24 2023 20:51:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 519710023 | + | Email/Text: bankruptcy@credencerm.com | Mar 24 2023 20:52:00 | Credence Resource Management, LLC, 4222 Trinity Mills Suite 260, Dallas, TX 75287-7666 |
| 519710022 | + | Email/Text: bankruptcy@credencerm.com | Mar 24 2023 20:52:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 519710024 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 24, 2023 | Form ID: plncf13 | Total Noticed: 28 |

| | | | | |
|---|---|---|---|---|
| | | | Mar 24 2023 20:50:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519710025 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 24 2023 20:50:00 | Fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 519780112 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 24 2023 20:50:00 | MTGLQ Investors, L.P., PO Box 10826, Greenville, SC 29603-0826 |
| 519780284 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 24 2023 20:59:46 | Portfolio Recovery Associates, LLC, c/o Power Home Remodeling Group, POB 41067, Norfolk VA 23541 |
| 519732859 | | Email/Text: bnc-quantum@quantum3group.com | Mar 24 2023 20:51:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519710029 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 24 2023 20:50:00 | Shellpoint Mortgage Servicing, 55 Beattie Place, Greenville, SC 29601-2165 |
| 519710028 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 24 2023 20:50:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 519710031 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2023 20:59:43 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519710032 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2023 20:59:58 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2023                        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BCMB1 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jamar Benjamin | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MTGLQ Investors L.P. jbenjamin@pincuslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Jones, Jr. | |

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: Mar 24, 2023 | Form ID: plncf13 | Total Noticed: 28

on behalf of Debtor Joanna L Garrison email@warrensjones.com r46134@notify.bestcase.com;robert@warrensjones.com

TOTAL: 5