| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY Caption in Compliance with D.N.J. LBR 9004-2(c) WARREN S. JONES, JR., ESQUIRE Bar #003781980 Law Offices of Warren S. Jones, Jr., LLC 1 Trinity Lane Mount Holly, NJ 08060 (609) 261-8400 (609) 261-5252 fax email@warrensjones.com | |
|---|---|
| In re: Joanna L. Garrison   Debtor(s) | Case No.: 22-17461 |
| | Chapter: 13 |
| | Adv. No.: |
| | Hearing Date: |
| | Judge: Michael B. Kaplan |

Order Filed on May 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## CONSENT ORDER
## ALLOWING LATE FILED CLAIM

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 24, 2023**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

WHEREAS, THIS MATTER having been brought before the Court by Warren S. Jones, Jr., Esq., of the Law Office of Warren S. Jones, Jr., attorney for Debtor(s); and

**FOR GOOD CAUSE SHOWN**, the following is **ORDERED** by the Court:

1. The Proof of Claim identified as Claim No. 7 in the amount of $693.90 and filed on 05/08/2023 by, or on behalf of, Pemberton Township Sewer Division shall be allowed.

2. The Chapter 13 Trustee shall pay the aforementioned claim in accordance with the confirmed plan.

The undersigned hereby consent to the form and substance of this Order.

_____
Warren S. Jones, Jr.
LAW OFFICE OF WARREN S. JONES, JR.
1 Trinity Lane
Mount Holly, NJ 08060

Attorney for Debtor(s)

Dated: 5-18-23

_____
Joshua H. Raymond, Esq.
McManimon Scotland & Baumann, LLC
Suite 201
75 Livingston Ave
Roseland, NJ 07068-3701

Attorney for Creditor

Dated: 5/17/23