UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

WARREN S. JONES, JR., ESQUIRE
Bar #003781980
Law Offices of Warren S. Jones, Jr., LLC
1 Trinity Lane
Mount Holly, NJ 08060
(609) 261-8400
(609) 261-5252 fax
email@warrensjones.com

In re:
Joanna L. Garrison

Debtor(s)

**Order Filed on May 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:        22-17461

Chapter:        13

Adv. No.:

Hearing Date:

Judge:        Michael B. Kaplan

## CONSENT ORDER
## ALLOWING LATE FILED CLAIM

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 24, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

WHEREAS, THIS MATTER having been brought before the Court by Warren S. Jones, Jr.,

Esq., of the Law Office of Warren S. Jones, Jr., attorney for Debtor(s); and

**FOR GOOD CAUSE SHOWN**, the following is **ORDERED** by the Court:

1.  The Proof of Claim identified as Claim No. 6 in the amount of $755.28 and filed on
05/08/2023 by, or on behalf of, Pemberton Township Water Department shall be allowed.

2.  The Chapter 13 Trustee shall pay the aforementioned claim in accordance with the
confirmed plan.

The undersigned hereby consent to the form and substance of this Order.

Warren S. Jones, Jr.
LAW OFFICE OF WARREN S. JONES, JR.
1 Trinity Lane
Mount Holly, NJ 08060

Attorney for Debtor(s)

Dated: _5-18-23_

Joshua H. Raymond, Esq.
McManimon Scotland & Baumann, LLC
Suite 201
75 Livingston Ave
Roseland, NJ 07068-3701

Attorney for Creditor

Dated: _5/17/23_

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 22-17461-MBK

Joanna L Garrison                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                                          Page 1 of 1

Date Rcvd: May 25, 2023                  Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joanna L Garrison, 13 Santa Clara Trail, Browns Mills, NJ 08015-6621 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BCMB1 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jamar Benjamin | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MTGLQ Investors  L.P. jbenjamin@pincuslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Jones, Jr. | on behalf of Debtor Joanna L Garrison email@warrensjones.com  r46134@notify.bestcase.com;robert@warrensjones.com |

TOTAL: 5