```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
WARREN S. JONES, JR., ESQUIRE
Bar #003781980
Law Offices of Warren S. Jones, Jr., LLC
1 Trinity Lane
Mount Holly, NJ  08060
(609) 261-8400
(609) 261-5252 fax
email@warrensjones.com
```

Order Filed on May 24, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:
Joanna L. Garrison

Debtor(s)

Case No.: 22-17461

Chapter: 13

Adv. No.:

Hearing Date:

Judge: Michael B. Kaplan

**CONSENT ORDER
ALLOWING LATE FILED CLAIM**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 24, 2023**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

WHEREAS, THIS MATTER having been brought before the Court by Warren S. Jones, Jr., Esq., of the Law Office of Warren S. Jones, Jr., attorney for Debtor(s); and

**FOR GOOD CAUSE SHOWN**, the following is **ORDERED** by the Court:

1. The Proof of Claim identified as Claim No. 7 in the amount of $693.90 and filed on 05/08/2023 by, or on behalf of, Pemberton Township Sewer Division shall be allowed.

2. The Chapter 13 Trustee shall pay the aforementioned claim in accordance with the confirmed plan.

The undersigned hereby consent to the form and substance of this Order.

_____
Warren S. Jones, Jr.
LAW OFFICE OF WARREN S. JONES, JR.
1 Trinity Lane
Mount Holly, NJ 08060

Attorney for Debtor(s)

Dated: 5-18-23

_____
Joshua H. Raymond, Esq.
McManimon Scotland & Baumann, LLC
Suite 201
75 Livingston Ave
Roseland, NJ 07068-3701

Attorney for Creditor

Dated: 5/17/23

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-17461-MBK |
| Joanna L Garrison | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: May 25, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Joanna L Garrison, 13 Santa Clara Trail, Browns Mills, NJ 08015-6621 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 27, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BCMB1 Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jamar Benjamin | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MTGLQ Investors L.P. jbenjamin@pincuslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Jones, Jr. | on behalf of Debtor Joanna L Garrison email@warrensjones.com r46134@notify.bestcase.com;robert@warrensjones.com |

TOTAL: 5