Office Mailing Address:  
Albert Russo, Trustee  
PO Box 4853  
Trenton, NJ  08650-4853

Send Payments **ONLY** to:  
Albert Russo, Trustee  
PO Box 933  
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024  
**Chapter 13 Case No. 22-17461 / MBK**

Joanna L Garrison

Petition Filed Date: 09/21/2022  
341 Hearing Date: 10/20/2022  
Confirmation Date: 03/22/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2023 | $560.62 | 89428630 | 02/16/2023 | $560.62 | 90023710 | 03/16/2023 | $580.12 | 90563300 |
| 04/25/2023 | $581.62 |  | 05/18/2023 | $612.00 | 91747750 | 06/07/2023 | $612.62 | 92093050 |
| 07/10/2023 | $613.50 | 92670540 | 08/08/2023 | $578.00 | 93189710 | 08/14/2023 | $581.62 |  |
| 10/16/2023 | $578.00 | 94349120 | 10/19/2023 | ($578.00) | 94349120 | 11/08/2023 | $289.00 |  |
| 11/27/2023 | $289.00 |  | 12/11/2023 | $289.00 |  | 12/26/2023 | $289.00 |  |

**Total Receipts for the Period:  $6,436.72    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $8,118.58**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Joanna L Garrison | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Warren S. Jones, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,931.00 | $3,931.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» COMENITY/PEEBLES | Unsecured Creditors | $316.55 | $0.00 | $316.55 |
| 2 | JERSEY CENTRAL POWER & LIGHT<br>»» FIRST ENERGY | Unsecured Creditors | $2,370.76 | $0.00 | $2,370.76 |
| 3 | BCMB1 TRUST<br>»» P/13 SANTA CIARA TRAIL/2ND MTG/IN FULL | Mortgage Arrears | $20,836.98 | $2,397.28 | $18,439.70 |
| 4 | MTGLQ INVESTORS, LP<br>»» P/13 SANTA CLARA TRAIL/1ST MTG/ORDER 1/18/23 | Mortgage Arrears | $5,762.98 | $663.03 | $5,099.95 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BANK OF MISSOURI/POWER HOME REMODELING GROUP | Unsecured Creditors | $2,258.45 | $0.00 | $2,258.45 |
| 6 | PEMBERTON TOWNSHIP WATER DEPT<br>»» 13 SANTA CLARA TRL/WATER UTILITY/CONS ORDER 5/24/23 | Priority Creditors | $755.28 | $0.00 | $755.28 |
| 7 | PEMBERTON TOWNSHIP SEWER DIVISION<br>»» 13 SANTA CLARA TRL/CONS ORDER 5/24/23 | Priority Creditors | $693.90 | $0.00 | $693.90 |
| 8 | PEMBERTON TOWNSHIP SOLID WASTE<br>»» 13 SANTA CLARA TRL/CONS ORDER 5/24/23 | Priority Creditors | $838.87 | $0.00 | $838.87 |

**Chapter 13 Case No. 22-17461 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,118.58 | Plan Balance: | $28,347.42 ** |
| Paid to Claims: | $6,991.31 | Current Monthly Payment: | $578.00 |
| Paid to Trustee: | $597.25 | Arrearages: | $1,042.52 |
| Funds on Hand: | $530.02 | Total Plan Base: | $36,466.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.