| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| WARREN S. JONES, JR., ESQUIRE<br>Bar #003781980<br>Law Offices of Warren S. Jones, Jr., LLC<br>1 Trinity Lane<br>Mt. Holly New Jersey 08060<br>(609) 261-8400<br>(609) 261-5252 fax | |
| In Re:<br>    Joanna L. Garrison | Case No.: 22-17461<br><br>Judge:    Mark E. Hall<br><br>Chapter:    13 |

**WITHDRAW OF DOCUMENT**

1. I, Warren S. Jones, Jr., Esquire, represent the Debtor(s) in this case.

2. I withdraw the modified plan filed on 1/15/2025 (Document 44).

I certify under penalty of perjury that the foregoing is true and correct.

Date:  March 12, 2025                    **/s/ WARREN S. JONES, JR.**
                         Warren S. Jones, Jr., Esquire