Order Filed on March 19, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in compliance with D.N.J. LBR 9004-1(b)**

**PADGETT LAW GROUP**
Joshua I. Goldman, Esq.
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
Josh.Goldman@padgettlawgroup.com
*Attorneys for MTGLQ Investors, L.P.*

In Re:

**Joanna L Garrison,**

                Debtor(s).

Case No.: 22-17461-MEH

Chapter 13

Hearing Date: 02/11/2025

Judge: Mark Edward Hall

## ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: March 19, 2025**

Honorable Mark E. Hall
United States Bankruptcy Judge

**Page 2**

Secured Creditor: MTGLQ Investors, L.P.

Secured Creditor's Counsel: Padgett Law Group

Debtor's Counsel: Warren S. Jones, Jr.

Property Involved ("Collateral"): 13 Santa Clara Trail, Pemberton Twp, New Jersey 08015

Relief Sought:   ■ Motion for Relief from the Automatic Stay

For good cause shown, it is ORDERED that Secured Creditor's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:

- Debtor is overdue for 14 months from January 1, 2024 through February 1, 2025.

- Debtor is overdue for 9 payments from January 1, 2024 through September 1, 2024 at $1,028.07 per month, 4 payments from October 1, 2024 through January 1, 2025 at $1,061.66 per month and 1 payment due for February 1, 2025 at $1,087.24.

    Funds Held In Suspense: $125.45

    Total Arrearages Due: $14,461.06

2. Debtor must cure all post-petition arrearages, as follows:

- Beginning on March 1, 2025, regular monthly mortgage payments shall continue to be made by the Trustee in the amount of $1,087.24.

- The total arrears in the among of $14,461.06 shall be paid via the Chapter 13 Plan as indicated in the Debtor's Modified Chapter 13 Plan filed on January 15, 2025.

3. Payments to the Secured Creditor shall be made to the following address(es):

- Regular monthly payment:     Shellpoint Mortgage Servicing
                               P.O. Box 650840
                               Dallas, TX 75265-0840

- Monthly cure payment:        Shellpoint Mortgage Servicing
                               P.O. Box 650840
                               Dallas, TX 75265-0840

4. In the event of Default:

- Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment or Trustee payments should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and Debtor's(s') attorney and the court shall enter an Order granting relief from the automatic stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

- In the event that Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should Debtor(s) fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtor(s), and Debtor's(s') attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

- This order survives any loan modification agreed to and executed during the instant bankruptcy. If any regular mortgage payment due after the execution of a loan modification is more than thirty (30) days late, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor(s), and Debtor's(s') attorney and the court shall enter an Order granting relief from the automatic stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

- If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

- Award of Attorneys' Fees:

☒ The Applicant is awarded attorneys fees of $550.00, and costs of $ 199.00.

   The fees and costs are payable:

   ☒ through the Chapter 13 plan.

   ☐ to the Secured Creditor within_____days.

   ☐ Attorneys' fees are not awarded.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-17461-MEH |
| Joanna L Garrison | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 19, 2025 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joanna L Garrison, 13 Santa Clara Trail, Browns Mills, NJ 08015-6621 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Mar 21, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BCMB1 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Jamar Benjamin | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MTGLQ Investors  L.P. jbenjamin@pincuslaw.com, brausch@pincuslaw.com |
| Joshua I. Goldman | on behalf of Creditor MTGLQ Investors  L.P. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Warren S. Jones, Jr. | |

District/off: 0312-3 | User: admin | Page 2 of 2
Date Rcvd: Mar 19, 2025 | Form ID: pdf903 | Total Noticed: 1

on behalf of Debtor Joanna L Garrison email@warrensjones.com r46134@notify.bestcase.com;robert@warrensjones.com

TOTAL: 6