Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−17461−MEH
Chapter: 13
Judge: Mark Edward Hall

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Joanna L Garrison
   13 Santa Clara Trail
   Browns Mills, NJ 08015

Social Security No.:
   xxx−xx−3650

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/7/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 7, 2025
JAN: mmf

                                                     Jeanne Naughton
                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Joanna L Garrison  
    Debtor

Case No. 22-17461-MEH  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3  
Date Rcvd: May 07, 2025      Form ID: 148      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joanna L Garrison, 13 Santa Clara Trail, Browns Mills, NJ 08015-6621 |
| 519710026 | | JCP&L, 880 Pinewald Keswick Rd, Manchester Township, NJ 08759 |
| 519710027 | + | Pemberton Township Municipal Utility Aut, 500 Pemberton-Browns Mills Road, Pemberton, NJ 08068-1545 |
| 519910803 | + | Pemberton Township Sewer Division, 500 Pemberton-Browns Mills Rd, Pemberton, NJ 08068-1545 |
| 519910817 | + | Pemberton Township Solid Waste Department, 500 Pemberton-Browns Mills Rd, Browns Mills, NJ 08068-1539 |
| 519910799 | + | Pemberton Township Water Department, 500 Pemberton-Browns Mills Rd, Browns Mills, NJ 08068-1545 |
| 519710030 | | Statebridge, PO Box 173313, Denver, CO 80217-3313 |
| 519710013 | | Warren S. Jones, Jr., Esquire, 1 Trinity Lane, Mount Holly, NJ 08060-1747 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 07 2025 20:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 07 2025 20:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519710014 | + | EDI: BANKAMER | May 08 2025 00:36:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519710015 | + | EDI: BANKAMER | May 08 2025 00:36:00 | Bank of America, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519710016 | + | EDI: CAPITALONE.COM | May 08 2025 00:36:00 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519710017 | + | EDI: CAPITALONE.COM | May 08 2025 00:36:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 519710018 | + | EDI: WFNNB.COM | May 08 2025 00:36:00 | Comenity Bank/Express, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519710019 | + | EDI: WFNNB.COM | May 08 2025 00:36:00 | Comenity Bank/Express, Po Box 182789, Columbus, OH 43218-2789 |
| 519710020 | + | EDI: WFNNB.COM | May 08 2025 00:36:00 | Comenity Bank/Peebles, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519710021 | + | EDI: WFNNB.COM | May 08 2025 00:36:00 | Comenity Bank/Peebles, Po Box 182789, Columbus, OH 43218-2789 |
| 519710023 | + | Email/Text: bankruptcy@credencerm.com | May 07 2025 20:45:00 | Credence Resource Management, LLC, 4222 Trinity Mills Suite 260, Dallas, TX 75287-7666 |
| 519710022 | + | Email/Text: bankruptcy@credencerm.com | May 07 2025 20:45:00 | Credence Resource Management, LLC, Attn: Bankruptcy, 4222 Trinity Mills Road Suite 260, Dallas, TX 75287-7666 |
| 519710024 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 07, 2025 | Form ID: 148 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | May 07 2025 20:44:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519710025 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |
| | | | May 07 2025 20:44:00 | Fortiva, Pob 105555, Atlanta, GA 30348-5555 |
| 519763800 | + | Email/Text: BankruptcyEast@firstenergycorp.com | | |
| | | | May 07 2025 20:44:00 | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 519780112 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | May 07 2025 20:44:00 | MTGLQ Investors, L.P., PO Box 10826, Greenville, SC 29603-0826 |
| 519780284 | | EDI: PRA.COM | | |
| | | | May 08 2025 00:36:00 | Portfolio Recovery Associates, LLC, c/o Power Home Remodeling Group, POB 41067, Norfolk VA 23541 |
| 519732859 | | EDI: Q3G.COM | | |
| | | | May 08 2025 00:36:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519710029 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | May 07 2025 20:44:00 | Shellpoint Mortgage Servicing, 55 Beattie Place, Greenville, SC 29601-2165 |
| 519710028 | + | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | May 07 2025 20:44:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 519770953 | ^ | MEBN | | |
| | | | May 07 2025 20:38:39 | Statebridge Company, LLC, 6061 S. Willow Dr. Suite 300, Greenwood Village, CO 80111-5151 |
| 519710031 | + | EDI: SYNC | | |
| | | | May 08 2025 00:36:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519710032 | + | EDI: SYNC | | |
| | | | May 08 2025 00:36:00 | Synchrony Bank/ Old Navy, Po Box 965005, Orlando, FL 32896-5005 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 09, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | |

        on behalf of Creditor BCMB1 Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jamar Benjamin

        on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for MTGLQ Investors  L.P. jbenjamin@pincuslaw.com, brausch@pincuslaw.com

Joshua I. Goldman

        on behalf of Creditor MTGLQ Investors  L.P. josh.goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com

U.S. Trustee

        USTPRegion03.NE.ECF@usdoj.gov

Warren S. Jones, Jr.

        on behalf of Debtor Joanna L Garrison email@warrensjones.com  r46134@notify.bestcase.com;robert@warrensjones.com

TOTAL: 7